**FILED**

MAY **2 1** 2025

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. |
| vs. | ) |
| | ) |
| JOEL KERBRAT, | ) **4:25-CR-000274 SEP/NCC** |
| | ) |
| Defendant. | ) |

## **INDICTMENT**

## **COUNT ONE**

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, but from at least on or about October 5, 2023, to on or about July 18, 2024, within the Eastern District of Missouri,

**JOEL KERBRAT,**

the defendant herein, a person required to register under the Sex Offender Registration and Notification Act by reason of a conviction under Federal law, did knowingly fail to update his registration as a sex offender in the State of Missouri.

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

_____

FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____

MICHAEL K. HAYES #61395 (MO)
Assistant United States Attorney